```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 14077
   TAMMIE COLEMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6821


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/08/2004 and was confirmed 12/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

     The case was dismissed after confirmation 02/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM   SECURED           6525.00          .00         4923.01
NATIONAL CAPITAL MANAGEM   UNSECURED         2417.93          .00             .00
CITIBANK NA                CURRENT MORTG         .00          .00             .00
CITIBANK NA                MORTGAGE ARRE   10112.05           .00         7629.37
COOK COUNTY TREASURER      UNSECURED          391.74          .00             .00
MORTGAGE                   CURRENT MORTG         .00          .00             .00
US BANK/ELAN/RETAIL PAYM   SECURED           3448.53          .00         2601.87
VILLAGE OF ROBBINS         UNSECURED             .00          .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED          .00             .00
AVENUE                     UNSECURED       NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED          943.63          .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00             .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED          .00             .00
NICOR GAS                  UNSECURED          296.66          .00             .00
ECAST SETTLEMENT CORP      UNSECURED         1987.24          .00             .00
ISAC                       UNSECURED             .00          .00             .00
SIR FINANCE                UNSECURED         1919.00          .00             .00
VILLAGE OF SOUTH HOLLAND   UNSECURED          500.00          .00             .00
VILLAGE OF ROBBINS         UNSECURED         1208.16          .00             .00
CFC FINANCIAL CORPORATIO   UNSECURED          100.00          .00             .00
FINANCIAL CREDIT CORP      UNSECURED          443.57          .00             .00
CFC FINANCIAL CORPORATIO   UNSECURED          392.23          .00             .00
COOK COUNTY TREASURER      SECURED               .00          .00             .00
GLENDA J GRAY              DEBTOR ATTY      1,694.00                      1,694.00
TOM VAUGHN                 TRUSTEE                                          991.96
DEBTOR REFUND              REFUND                                              .00


         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 14077 TAMMIE COLEMAN
```

```
TRUSTEE                                         17,840.21

PRIORITY                                                                .00
SECURED                                                          15,154.25
UNSECURED                                                               .00
ADMINISTRATIVE                                                    1,694.00
TRUSTEE COMPENSATION                                                991.96
DEBTOR REFUND                                                           .00
                                           ----------------  ----------------
TOTALS                                          17,840.21        17,840.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn
   Dated: 05/23/08                        _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 14077 TAMMIE COLEMAN